[No. 57536-8-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LEE BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06765-7, Bruce W. Hilyer, J., entered May 23, 2005. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 57708-5-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMARIO SHAWN CYPRIAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05307-7, Theresa B. Doyle, J., entered January 31, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58017-5-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DARWIN LAVELLE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-02201-3, Ronald L. Castleberry, J., entered January 25, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58244-5-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MOSES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-02952-2, Anita L. Farris, J., entered May 10, 2006. *Affirmed* by unpublished per curiam opinion.